# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ALVARADO, | NO. CV 14-7547-FMO(MAN) |
|     Petitioner, | |
|     v. | JUDGMENT |
| WARDEN, | |
|     Respondent. | |

Pursuant to the Court's Order Denying Motion For Lack Of Jurisdiction,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 30, 2014

                                                        _____/s/_____
                                                        FERNANDO M. OLGUIN
                                          UNITED STATES DISTRICT JUDGE